# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MITCHELL MORROW, # B-76693,    )
and SEAN WILKINS, #R-21191,    )
                               )
          Plaintiffs,    )
                               )
    vs.    )     Case No. 18-cv-471-NJR
                               )
JOHN BALDWIN,    )
S.A. GODINEZ,    )
MICHAEL P. RANDLE,    )
ROBERT MUELLER,    )
SUSAN WALKER,    )
DEBBIE KNAUER,    )
and JOHN/JANE DOE,    )
                               )
          Defendants.    )

## ORDER

**ROSENSTENGEL, District Judge:**

This matter is before the Court on Plaintiff Mitchell Morrow's Motion to Sever Individual Claims into Separate Cases. Morrow filed his motion in response to the Court's March 28 Order (Doc. 4), which warned Morrow and his co-plaintiff in this case, Sean Wilkins, of the pitfalls of engaging in joint litigation. Morrow's motion (Doc. 5) is **GRANTED.**

**IT IS ORDERED** that Plaintiff Morrow's claims shall be severed into a new action. Plaintiff Sean Wilkins's claims shall remain in this original action.

In the new case, the Clerk is **DIRECTED** to file the following documents:

    (1)    This Memorandum and Order

    (2)    The Memorandum and Order dated March 28, 2018 (Doc. 4);

    (3)    The Original Complaint (Doc. 1); and

    (4)    Plaintiff's motion to proceed *in forma pauperis* (Doc. 2);

The Clerk is **DIRECTED** to send a copy of this order to each Plaintiff. The Complaint shall undergo preliminary review pursuant to 28 U.S.C. § 1915A in each individual case.

**IT IS SO ORDERED.**

**DATED:  April 11, 2018**

**NANCY J. ROSENSTENGEL**
**United States District Judge**